IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PROGRESSIVE MOUNTAIN INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | Case No.  7:21-cv-74(HL) |
| v. | * |
| DIDRA Y. DUNCAN and GOLDEN ENVIRONMENTAL, LLC, | * |
| | * |
| Defendant. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 2, 2022, and the hearing held on November 2, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff. Plaintiff does not owe coverage, indemnification, or a defense to Defendant Golden Environmental, LLC for the claim arising out of Didra Duncan's fall on September 18, 2018. Plaintiff shall also recover costs of this action.

This 2nd day of November, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk